UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 24-cv-20169-JB

YARELIS ROJAS

    Plaintiff,

v.

COMMISIONER OF SOCIAL SECURITY

    Defendant.

_____/

**ORDER REGARDING SCHEDULING AND OPT OUT PROCEDURES**

Pursuant to Administrative Order 2023-18 ("Administrative Order"), the undersigned U.S. Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a final judgment. The Administrative Order permits any party to opt out of Magistrate Judge jurisdiction "by filing a motion for case reassignment within whatever deadline the Magistrate Judge gives the parties." If either party files a motion for case reassignment, a U.S. District Judge will be assigned to preside over this case and enter any dispositive Order, however, the case will still be referred to the undersigned for a Report and Recommendation.

It is therefore **ORDERED** that the parties shall confer regarding U.S. Magistrate Judge jurisdiction, and if either party objects to U.S. Magistrate Judge jurisdiction, a Joint Motion for Case Reassignment to a District Judge shall be filed **no later than fourteen (14) days** after Defendant files a response to the Complaint.

The Parties should note that a party's filing of a motion for summary judgment or response in opposition thereto without filing a timely Motion for Case Reassignment will be deemed as consent by that party to Magistrate Judge jurisdiction over all aspects of this case, including

entry of a final judgment. *See Roell v. Withrow*, 538 U.S. 580 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they had been told of their right to be tried by a district judge").

The Parties should also note that in all social security cases in which the undersigned U.S. Magistrate Judge remains as the presiding judge for all purposes, the undersigned will: (1) set an oral argument by Zoom videoconferencing within six weeks of the motions for summary judgment becoming ripe, unless both parties advise chambers (chambers_becerra@flsd.uscourts.gov) that an oral argument is not necessary; and (2) in the event that Plaintiff seeks attorneys' fees and costs, set an oral argument by Zoom videoconferencing within two weeks of the motion for attorneys' fees and costs becoming ripe. On cases where the undersigned is the presiding judge for all purposes, the undersigned typically rules on the issue of attorneys' fees and costs at the conclusion of the oral argument.

Irrespective of whether a Motion for Case Reassignment is filed, pursuant to Supplemental Rules 6 through 8 of the Federal Rules of Civil Procedure Supplemental Rules for Social Security Actions, and in order to ensure the orderly and efficient disposition of this matter, it is **FURTHER ORDERED** that the following deadlines govern disposition of this action:

(1) Plaintiff shall file a motion for summary judgment, setting forth the reasons for relief and including citations to the administrative record and relevant legal authorities on or before sixty (60) days from the date of the filing of the Answer, which may be limited to a certified copy of the administrative record.

(2) Defendant shall file the response to Plaintiff's motion for summary judgment and Defendant's cross-motion for summary judgment within thirty (30) days after the date Plaintiff files the initial motion for summary judgment. By the same date, Defendant shall deliver a printed copy of the administrative record in a three-ring binder to the undersigned's chambers.

(3) Plaintiff may respond to Defendant's motion for summary judgment and reply to Defendant's response to Plaintiff's motion for summary judgment within thirty (30) days after Defendant files her response and motion as set forth in Paragraph (B)(2)

above.

**DONE AND ORDERED** in Chambers in Miami, Florida on January 17, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES MAGISTRATE JUDGE**